Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000805
29-JAN-2019
08:25 AM

NO. CAAP-18-0000805

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellant, v.
PHILLIP PANG LAGMAY, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 1CPC-18-0001054)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal, filed January 22, 2019, by Plaintiff-Appellant State of Hawai'i, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with

prejudice. The parties shall bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED that pending motions, if any, are dismissed.

DATED: Honolulu, Hawai'i, January 29, 2019.

Chief Judge

Associate Judge

Associate Judge

2